DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

## CHASTAIN v. WALL

No. 47P86.

Case below: 78 N.C. App. 350.

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 April 1986.

## CHILDERS v. HAYES

No. 775P85.

Case below: 77 N.C. App. 792.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 7 April 1986.

## CLARK v. BURLINGTON INDUSTRIES, INC.

No. 121P86.

Case below: 78 N.C. App. 695.

Petition by defendants for writ of certiorari to the North Carolina Court of Appeals denied 7 April 1986.

## DAVIDSON v. VOLKSWAGENWERK, A.G.

No. 106P86.

Case below: 78 N.C. App. 193.

Petition by plaintiff for writ of certiorari to the North Carolina Court of Appeals denied 7 April 1986.

## DAVIS v. DAVIS

No. 59P86.

Case below: 78 N.C. App. 464.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 7 April 1986.